**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SECURITIES AND EXCHANGE COMMISSION, :
Plaintiff, :
:
v. : Civil No. 2:20-cv-04803-JMG
:
JOEL STOHLMAN, *et al.*, :
Defendants. :

**ORDER**

**AND NOW,** this 22nd day of December, 2020, upon consideration of the government's Application to Intervene and Stay Proceedings (ECF No. 7) including the representation that the Securities and Exchange Commission has no objection to the application, Defendant Gary Wolff's joinder of the government's application (ECF No. 9), and the failure of the remaining defendants to respond to the application, and good cause appearing, it is hereby **ORDERED** as follows:

1. The United States is **PERMITTED** to intervene in this matter.
2. The instant case is **STAYED** pending the resolution of the related criminal case, *United States v. Richardson et al.*, docketed at criminal action number 20-cr-333.[1]
3. Counsel for the government is **DIRECTED** to file a notice indicating the stay may be lifted within thirty days of the completion of the related criminal matters.

[1] The Court has considered the factors listed in *Walsh Securities, Inc. v. Cristo Property Management, Ltd.*, 7 F. Supp. 2d 523 (D.N.J. 1998), and find that they weigh in favor of staying this action. For example, the criminal and civil cases appear to substantially overlap, indictments have already returned in the criminal case, the plaintiff in this case does not object to the stay, and the only defendant to respond joins in the request citing, in part, the burden he would face in continuing with the civil case before the conclusion of the criminal proceedings.

4. The government is **PERMITTED** to serve defendants by email to their criminal counsel in the related cases *United States v. Richardson*, 20-cr-333, and *United States v. Stohlman*, 20-cr-331.[2]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[2] Since the government filed its application, Defendants Wolff and Heil have retained separate counsel for the civil case, Attorney Ralph J. Kelly, who entered his appearance on the docket and responded to the application.